**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JANET KOTASKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 16 cv 9321 |
| v. ) | |
| ) | |
| ) | Judge Robert M. Dow, Jr. |
| FEDERAL EXPRESS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEAL**

Please take notice that Plaintiff, Janet Kotaska hereby appeals from the order of the granting summary judgment on August 21, 2018, and the order denying Plaintiff's Motion to Reconsider, pursuant to F.R.Civ.P. Rule 59(e), denied on August 30, 2019.

Dated: September 9, 2019

Respectfully submitted,

s/Edward M. Fox
Edward M. Fox

ED FOX & ASSOCIATES, LTD.
300 W Adams St, Ste 330
Chicago, IL 60606
(312) 345-8877
efox@efoxlaw.com